**SO ORDERED.**

**SIGNED this 26th day of January, 2010.**



_____
LEIF M. CLARK
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 09-31772-lmc |
| | § | |
| ERIC A. LA LUZ and | § | CHAPTER 13 |
| WANDA I. LA LUZ | § | |
|    Debtors | § | |
| | § | |
| WELLS FARGO FINANCIAL ARIZONA, INC. | § | |
|    Movant | § | |
| | § | |
| V. | § | |
| | § | |
| ERIC A. LA LUZ and | § | |
| WANDA I. LA LUZ and | § | |
| STUART C. COX, TRUSTEE | § | |
|    Respondents | § | |

## AGREED ORDER LIFTING STAY

    Came on before this Court for consideration the Motion Against Property filed by WELLS FARGO FINANCIAL ARIZONA, INC.. The Court finds that the parties have reached an agreement. Movant represents to the Court that proper notice to interested parties has been provided under law, including local Bankruptcy Rule 4001, and that no party has appeared in opposition to Movant's Motion. It is accordingly,

ORDERED that the automatic stay of 11 U.S.C. §362 shall lift, for the purpose of allowing Movant, and its assignees and/or successors in interest, to exercise any rights of foreclosure with respect to the following property:

Property address: 3384 RIDGE CREST STREET, SIERRA VISTA, AZ 85650

Legal Description: LOT 105, SHADOW RIDGE, ACCORDING TO BOOK 12 OF MAPS AT PAGE 70, AND AS AMENDED BY SCRIVENER'S ERROR RECORDED IN DOCUMENT NO. 9203-06954, RECORDS OF COCHISE COUNTY, ARIZONA.

and thereafter to obtain possession of said property as proper under law.

ORDERED that if this case is converted to a case under a different Chapter of Title 11U.S.C., this Order Lifting Stay shall remain in full force and effect.

ORDERED that this Order shall be effective immediately and, waiving the provisions of Rule 4001 (a)(3) of the Rules of Bankruptcy Procedure, enforcement of this Order shall not be stayed until the expiration of fourteen days after entry of the Order.

\*   The signature of Movant's Attorney shown below constitutes an affirmation representation to the Court that proper service has been made pursuant to Local Rule 4001.

###

APPROVED AS TO
FORM AND CONTENT:

| | |
|---|---|
| /s/R. Christopher Naylor | /s/Cheryl S. Lay |
| R. CHRISTOPHER NAYLOR | CHERYL S. LAY |
| State Bar No.  14829900 | Attorney for Debtors |
| Attorney for Movant | State Bar No. _____ |
| 4801 Woodway, Suite 420 West | 2731-A MONTANA AVE. |
| Houston, Texas 77056-1805 | EL PASO, TX 79903-3799 |
| 713/622-8338 (Phone) | 915-565-9000 (Phone) |
| 713/622-4586 (Fax) | |